AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Council of the District of Columbia ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:14-cv-00655-EGS |
| Vincent C. Gray, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amici Alice M. Rivlin, Thomas M. Davis, and Anthony A. Williams                                         .

Date:     5/2/2014

/s/ Richard P. Bress
*Attorney's signature*

Richard P. Bress (DC Bar No. 457504)
*Printed name and bar number*

Latham & Watkins LLP
555 Eleventh Street NW
Suite 1000
Washington, DC  20004
*Address*

rick.bress@lw.com
*E-mail address*

202-637-2200
*Telephone number*

202-637-2201
*FAX number*